# Exhibit D

**Exhibit D**

**List of Videos Taken Down at the Request of WCAC**

| # | Title | URL | Meeting | Length | Date Posted | Date Taken Down |
|---|---|---|---|---|---|---|
| 1 | CotW 3/6/23- MBTA Communities- Durkee 'just asking questions' | https://www.youtube.com/watch?v=B0Lcp4TZW_M | City Council | 1:52 | 03/20/2023 | 09/01/2023 |
| 2 | McMenemin & Harris vs. Paz - Tenant Rights Notification Ordinance | https://www.youtube.com/watch?v=EIriDLRhzWM | City Council | 20:46 | 05/13/2023 | 09/06/2023 |
| 3 | Vidal Pressures Committees to Meet in Person (Finance Committee 6-6-2023) | https://www.youtube.com/watch?v=oyqJD-KD_JI | City Council Finance Committee | 16:24 | 06/17/2023 | 09/06/2023 |
| 4 | Bradley-MacArthur: Constituents ask me "Why can't we have nice things?" (City Council 6-20-23) | https://www.youtube.com/watch?v=sqeudsO-3qE | City Council | 2:19 | 07/10/2023 | 09/06/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Councilor LaFauci: "Fossil Fuels Aren't Going Away" | https://www.youtube.com/watch?v=u0IFYB7xpxA | City Council | 2:19 | 05/18/2023 | 09/06/2023 |
| 6 | Mayor Refuses to Break Tie: Clip from 07/27/23 School Committee meeting | https://www.youtube.com/watch?v=zhqmtwambgA | School Committee meeting | 1:06 | 07/31/2023 | 09/06/2023 |
| 7 | CotW 3/6/23- MBTA Communities- Vidal "A lot of business could sell their lots" | https://www.youtube.com/watch?v=8LX44P4zF6Y | City Council | 1:29 | 03/20/2023 | 09/07/2023 |
| 8 | CotW 3/6/23- MBTA Communities- final thoughts + committee assignment | https://www.youtube.com/watch?v=ScKWH_eU2DU | City Council | 2:05 | 03/19/2023 | 09/07/2023 |
| 9 | CotW 3/6/23- MBTA Communities- Council President Mcmenimen explores other funds to replace grants | https://www.youtube.com/watch?v=aojkacu8Hgw | City Council | 5:30 | 03/19/2023 | 09/07/2023 |

| 10 | CotW 3/6/23-MBTA Communities-Joey Lacava's Questions | https://www.youtube.com/watch?v=mP76dy3w3N0 | City Council | 2:26 | 03/20/2023 | 09/07/2023 |
| --- | --- | --- | --- | --- | --- | --- |
| 11 | CotW 3/6/23-MBTA Communities-Vidal assesses supply and demand | https://www.youtube.com/watch?v=4TQtfm1-ZGY | City Council | 3:14 | 03/20/2023 | 09/07/2023 |
| 12 | CotW 3/6/23-MBTA Communities-Colleen Bradley MacArthur asks about ADUs | https://www.youtube.com/watch?v=7jO6DDKz7Z4 | City Council | 2:30 | 03/20/2023 | 09/07/2023 |
| 13 | CotW 3/6/23-MBTA Communities-Harris identifies ground zero | https://www.youtube.com/watch?v=DbEQ3lT3BtM | City Council | 1:49 | 03/20/2023 | 09/07/2023 |
| 14 | CotW 3/6/23-MBTA Communities-Leblancs thoughts on the development of Felton Street | https://www.youtube.com/watch?v=OckEe5prETk | City Council | 1:59 | 03/20/2023 | 09/07/2023 |

| 15 | CotW 3/6/23-MBTA Communities-Plan to elevate the commuter rail from 70 years ago | https://www.youtube.com/watch?v=stnWQiaGSrw | City Council | 1:35 | 03/19/2023 | 09/07/2023 |