IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Channel 781 News,<br><br>Plaintiff,<br><br>v.<br><br>Waltham Community Access Corporation<br><br>Defendant. | Case No.: 1:24-cv-11927-PBS |

**[PROPOSED] ORDER**

Upon consideration of plaintiff Channel 781 News's ("Channel 781") consent motion to modify the schedule set at scheduling conference held on December 10, 2024 (ECF No. 34), The motion is GRANTED and IT IS HEREBY ORDERED that the following dates will apply:

| **Event** | **New Date** |
|---|---|
| Deadline for Substantial Completion of Document Requests and Interrogatories | May 30, 2025 |
| Final Production of Privilege Logs | June 6, 2025 |
| Deadline to Complete Fact Discovery | July 30, 2025 |
| Plaintiff's Expert Disclosure(s) | August 11, 2025 |
| Defendant's Expert Disclosure(s) | September 2, 2025 |
| Deadline for Depositions of Plaintiffs Expert(s) | September 15, 2025 |
| Deadline for Depositions of Defendants Expert(s) | October 6, 2025 |
| Deadline for Completion of All Discovery | October 20, 2025 |
| Deadline to File Motions for Summary Judgment or Other Dispositive Motions | November 17, 2025 |
| Deadline for Oppositions to Summary Judgment/Dispositive Motions | December 15, 2025 |
| Deadline for Reply Briefs on Summary Judgment/Dispositive Motions | January 13, 2026 |

Dated: _____

_____
Hon. Patti B. Saris
Judge, United States District Court for
the District of Massachusetts

1