IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Channel 781 News,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Waltham Community Access Corporation<br><br>　　　　Defendant. | Case No.: 1:24-cv-11927-PBS |

**CONSENT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE**

**AND PAGE LIMITS**

Plaintiff Channel 781 News ("Channel 781") respectfully moves for an order setting a briefing schedule and page limits for cross-motions for summary judgment. The parties have conferred regarding this motion, and Defendant Waltham Community Access Corporation ("WCAC") consents.

Our proposal is as follows:

- By November 17, 2025, Defendant WCAC will file its motion for summary judgment, a memorandum of law not exceeding 20 double-spaced pages, and a statement of undisputed material facts.

- By December 15, 2025, Plaintiff Channel 781 will file its motion for summary judgment, a combined memorandum of law not exceeding 35 double-spaced pages supporting Channel 781's motion and opposing WCAC's motion, a response to Defendant's statement of undisputed material facts, and a separate statement of undisputed material facts in support of Channel 781's motion.

1

- By January 13, 2026, Defendant WCAC will file a combined memorandum of law not exceeding 25 double-spaced pages opposing Channel 781's motion and replying in further support of WCAC's motion, and a response to Channel 781's statement of undisputed material facts.
- By February 3, 2026, Plaintiff Channel 781 will file a reply memorandum, not exceeding 10 double-spaced pages, in further support of its motion for summary judgment.

The proposed schedule will promote efficiency for all parties and the Court by reducing the number of briefs filed and limiting duplicative argument. This proposal preserves the existing dates ordered by the Court on April 29, 2025 (ECF No. 41) for summary judgment briefing but adds one additional due date for Plaintiff Channel 781's reply. The page limits specified are based on Local Rule 7.1(b)(4), which allows 20 pages each for memoranda supporting a motion, while adding 15 pages per party for oppositions and 10 for replies. Accordingly, Channel 781 requests that the Court so order.

Dated: November 12, 2025                                   Respectfully submitted,

                                                       /s/ Rebecca MacDowell Lecaroz

                                            Rebecca MacDowell Lecaroz
                                            Marcus Strong (*admitted pro hac vice*)
                                            Brown Rudnick LLP
                                            One Financial Center
                                            Boston, MA 02111
                                            Tel: (617) 856-8200
                                            rlecaroz@brownrudnick.com

                                            Mitchell L. Stoltz (*admitted pro hac vice*)

<div style="margin-left: 50%;">

Betelhem Gedlu (*admitted pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff Channel 781 News*

</div>

## LOCAL RULE 7.1 CERTIFICATION

I, Mitchell Stoltz, counsel for plaintiff Channel 781 News, hereby certify that on November 12, 2025, I conferred with counsel for defendant Waltham Community Access Corporation and counsel assented to the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated: November 12, 2025                  _/s/ Mitchell Stoltz_
                                                                  Mitchell Stoltz