IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Channel 781 News,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Waltham Community Access Corporation<br><br>　　　　Defendant. | Case No.: 1:24-cv-11927-PBS |

**[PROPOSED] ORDER**

Upon consideration of plaintiff Channel 781 News's ("Channel 781") consent motion to set a briefing schedule and page limits for the parties' cross-motions for summary judgment,

The motion is GRANTED and IT IS HEREBY ORDERED that:

- By November 17, 2025, Defendant WCAC will file its motion for summary judgment, a memorandum of law not exceeding 20 double-spaced pages, and a statement of undisputed material facts.

- By December 15, 2025, Plaintiff Channel 781 will file its motion for summary judgment, a combined memorandum of law not exceeding 35 double-spaced pages supporting Channel 781's motion and opposing WCAC's motion, a response to Defendant's statement of undisputed material facts, and a separate statement of undisputed material facts in support of Channel 781's motion.

- By January 13, 2026, Defendant WCAC will file a combined memorandum of law not exceeding 25 double-spaced pages opposing Channel 781's motion and replying in further support of WCAC's motion, and a response to Channel 781's statement of undisputed material facts.

- By February 3, 2026, Plaintiff Channel 781 will file a reply memorandum, not exceeding 10 double-spaced pages, in further support of its motion for summary judgment.

Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Patti B. Saris
　　　　　　　　　　　　　　　　　　Judge, United States District Court for
　　　　　　　　　　　　　　　　　　the District of Massachusetts