UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHANNEL 781 NEWS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-CV-11927-PBS |
| WALTHAM COMMUNITY ACCESS CORPORATION, | ) |
| Defendant. | ) |

**DEFENDANT WALTHAM COMMUNITY ACCESS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Waltham Community Access Corporation ("WCAC") moves for summary judgment on the sole claim of Plaintiff Channel 781 News, for misrepresentation under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(f). There is no genuine issue of fact for trial, and WCAC is entitled to judgment as a matter of law, because the undisputed facts show that (1) WCAC "consider[ed] fair use" before sending copyright takedown notifications to YouTube, as the DMCA requires, *Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1154 (9th Cir. 2016); (2) WCAC formed a good faith belief that certain of Channel 781's videos consisting of non-transformative excerpts of WCAC videos were not protected by fair use, and (3) WCAC purposefully limited its takedown notices to those videos. Accordingly, WCAC did not "knowingly materially misrepresent[]" that it had "a good faith belief that use of the material in the manner complained of [was] not authorized" by WCAC or the law. 17 U.S.C. § 512(c)(3)(A)(v), (f).

In support of this motion, WCAC submits the accompanying memorandum of law and Affidavit of Jeffrey J. Pyle.

WHEREFORE, WCAC respectfully requests that its motion for summary judgment be granted.

>Respectfully submitted,
>
>WALTHAM COMMUNITY ACCESS CORPORATION,
>
>By its attorneys,
>
>/s/ Jeffrey J. Pyle
>Jeffrey J. Pyle (BBO # 647438)
>jpyle@princelobel.com
>Sarah L. Doelger (BBO # 712677)
>sdoelger@princelobel.com
>PRINCE LOBEL TYE LLP
>One International Place, Suite 3700
>Boston, MA 02110
>T: 617-456-8000
>F: 617-456-8100

Dated: November 13, 2025

### Certification Pursuant to Local Rule 7.1

I, Jeffrey J. Pyle, hereby certify that on Monday, November 10, I conferred with counsel for the plaintiff, Mitchell Stoltz, in a good faith effort to resolve or narrow the issues addressed in this motion.

>/s/ Jeffrey J. Pyle
>Jeffrey J. Pyle

### Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

>/s/ Jeffrey J. Pyle
>Jeffrey J. Pyle

5903610