UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHANNEL 781 NEWS, | ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Civil Action No. 1:24-CV-11927-PBS |
| WALTHAM COMMUNITY ACCESS CORPORATION, | ) ) ) ) |  |
| Defendant. | ) ) |  |

### AFFIDAVIT OF JEFFREY J. PYLE IN SUPPORT OF DEFENDANT WALTHAM COMMUNITY ACCESS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, Jeffrey J. Pyle, hereby depose and state as follows:

1. I am counsel for Defendant Waltham Community Access Corporation (hereinafter "WCAC") in the above-captioned matter. I submit this Affidavit on personal knowledge to authenticate the attached exhibits filed in support of WCAC's Motion for Summary Judgment.

2. **Exhibit 1** is the true and accurate copy of the transcript of the Deposition of Christopher Wangler, individually and the Rule 30(b)(6) designee of Waltham Community Access Corporation, conducted on July 9, 2025.

3. **Exhibit 2** is the true and accurate transcript of the Deposition of Joshua Kastorf, individually and as the Rule 30(b)(6) designee of Plaintiff Channel 781 News, conducted on June 27, 2025.

4.      **Exhibit 3** is a true and accurate copy of an email exchange dated April 6, 2023, among Christopher Wangler, Maria Sheehan, and Justin Barrett, marked as Deposition Exhibit 41 (WCA0000433-00000434).

5.      **Exhibit 4** is a true and accurate copy of excerpts of the transcript of the deposition of Maria Sheehan conducted on July 10, 2025.

6.      **Exhibit 5** is a true and accurate copy of an excerpt of a group chat on the Signal messaging platform among Channel 781 News personnel, marked as Deposition Exhibit 1. (C781_00000509-00000512).

7.      **Exhibit 6** is a true and accurate copy of an email thread between June 2 and June 16, 2023, involving Joshua Kastorf, Maria Sheehan, Christopher Wangler, and Justin Barrett, marked as Deposition Exhibit 42 (WCAC0000123-0000125).

8.      **Exhibit 7** (submitted via hard drive) is a copy of a YouTube instructional video concerning fair use, referenced on pages 125 through 133 of the Deposition of Christopher Wangler (WCAC0000766).

9.      **Exhibit 8** is a true and accurate copy of an email sent from Christopher Wangler to Maria Sheehan on June 16, 2023, marked as Deposition Exhibit 43. (C781_00000422).

10.     **Exhibit 9** is a true and accurate copy of an attachment to the email at Exhibit 8, marked as Deposition Exhibit 44 (WCAC0000423).

11.     **Exhibit 10** is a true and accurate copy of an email thread involving Maria Sheehan, David Gauthier, and Justin Barrett dated July 17-19, 2023, marked as Deposition Exhibit 22 (WCAC0000018-0000019).

12. **Exhibit 11**, is a true and accurate copy of excerpts of a group chat on the Signal messaging platform among Channel 781 News personnel, marked as Deposition Exhibit 3 (C781_00000729-00000731).

13. **Exhibit 12** is a true and accurate copy of excerpts of the transcript of the deposition of Maria Sheehan conducted on June 26, 2025.

14. **Exhibit 13** is a true and accurate copy of an excerpt of a group chat on the Signal messaging platform among Channel 781 News personnel, marked as Deposition Exhibit 7 (C781_00000833729-00000839).

Signed under the pains and penalties of perjury this 13th day of November, 2025,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

### Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle

5903760