IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Channel 781 News,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Waltham Community Access Corporation<br><br>　　　　Defendant. | Case No.: 1:24-cv-11927-PBS |

DECLARATION OF BETELHEM GEDLU IN SUPPORT OF PLAINTIFF CHANNEL 781 NEWS'S MOTION FOR SUMMARY JUDGMENT

I, Betelhem Zewge Gedlu, declare as follows,

　　1.　　I am a staff attorney at the Electronic Frontier Foundation (EFF). I am counsel for Plaintiff Channel 781 News (Channel 781) in the above-captioned action. I am appearing pro hac vice. I have personal knowledge of the facts stated here, and if called upon to do so, could and would testify competently as follows.

　　2.　　This declaration is submitted in support of Plaintiff Channel 781's motion for summary judgment and in opposition to Defendant Waltham Community Access Corporation's (WCAC) motion for summary judgment.

　　3.　　Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of Joshua Kastorf ("Kastorf Dep.") taken on June 27, 2025, individually and as the Rule 30(b)(6) designee of Plaintiff Channel 781 News, together with his signed errata.

　　4.　　Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of Christopher Wangler ("Wangler Dep.") taken on July 9, 2025, individually and as the Rule 30(b)(6) designee of Defendant WCAC, together with his signed errata.

5. Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Maria Sheehan ("Sheehan Dep.") taken on July 10, 2025, individually and as the Rule 30(b)(6) designee of Defendant WCAC, together with her signed errata.

6. Attached hereto as **Exhibit D** is a true and correct copy of the deposition transcript of Justin Barrett ("Barrett Dep.") taken on July 8, 2025, together with his signed errata.

7. Attached hereto as **Exhibit E** is a true and correct copy of WCAC's Answer and Affirmative Defenses to Channel 781's complaint, filed in this action on January 17, 2025 (ECF No. 37).

8. Attached hereto as **Exhibit F** is a true and correct copy of WCAC's Answers and Objections to Channel 781's First Set of Interrogatories ("WCAC's Rog Resp."), served on April 25, 2025.

9. Attached hereto as **Exhibit G** is a true and correct copy of Channel 781's First Revised Objections and Responses to WCAC's First Set of Interrogatories ("Channel 781's Rog Resp."), served on February 27, 2025.

10. Attached hereto as **Exhibit H** is a table I prepared that identifies each of the fifteen (15) video clips at issue in this action. For each clip, the table lists: (1) the title or description used by Channel 781 for the excerpted segment; (2) the YouTube URL where the excerpt is posted; (3) the duration of the excerpt; (4) the Bates number of the original WCAC government-meeting video from which the excerpt was taken; (5) the total runtime of that WCAC recording; (6) the government meeting depicted in the original recording; and (7) the percentage of the original recording included in the excerpt. The information in Exhibit H accurately reflects my review of the original WCAC recordings and the corresponding Channel 781 clips.

11. The original WCAC government-meeting recordings referenced in **Exhibit H** were

produced by WCAC with Bates numbers WCAC0000728 – WCAC0000734.

12. The YouTube URLs listed in **Exhibit H** were obtained directly from the Channel 781 YouTube channel. I verified each URL by opening the link and confirming that the posted video matched the description and excerpt identified in **Exhibit H**.

13. The only graphics that appear in any of the clips identified in **Exhibit H** are the name and date of the meeting and the MAC-TV logo.

14. No sound engineering beyond a verbatim reproduction of each speaker's words is evident in any of the clips identified in **Exhibit H**.

15. All fifteen videos listed in **Exhibit H** are being submitted to the Court on a USB drive pursuant to the Court's "notice of manual filing" procedure, designated as **Exhibit I**.

16. A placeholder entry for **Exhibit I** accompanies this declaration, and the USB drive containing these videos, as well as all other video files referenced in this declaration, is being delivered to the Court with a cover letter identifying the corresponding docket entry.

17. **Exhibit J** is a true and correct copy of a video recording of Maria Sheehan testifying to the Economic and Community Development Committee of the Waltham City Council on March 7, 2022, which was referenced at page 49:4-53:18 of the deposition of Maria Sheehan, and is publicly available at https://www.youtube.com/watch?v=JyzNit9UyS4. **Exhibit J** is being submitted to the Court on a USB drive pursuant to the Court's "notice of manual filing" procedure. A placeholder entry for **Exhibit J** accompanies this declaration, and the USB drive containing this video, as well as all other video files referenced in this declaration, is being delivered to the Court with a cover letter identifying the corresponding docket entry.

18. **Exhibit K** is a true and correct copy of a YouTube explainer video on fair use, which is publicly available at https://www.youtube.com/watch?v=1PvjRIkwIl8&t=7s. During his

deposition, Christopher Wangler testified that he watched this video. **Exhibit K** is being submitted to the Court on a USB drive pursuant to the Court's "notice of manual filing" procedure. A placeholder entry for **Exhibit K** accompanies this declaration, and the USB containing this video, as well as all other video files referenced in the declaration, is being delivered to the Court with a cover letter identifying the corresponding docket entry.

19. Attached hereto as **Exhibit L** is a true and correct copy of IRS Form 990 filed by WCAC for the tax year ending December 31, 2021. I obtained this document from the Internal Revenue Service's publicly accessible online database of nonprofit filings. This was used as an exhibit during the deposition of Maria Sheehan, and it is the same document marked at that deposition as Exhibit 51.

20. Attached hereto as **Exhibit M** is a true and correct copy of a document I obtained from the publicly accessible nonprofit-records database maintained by CauseIQ at https://www.causeiq.com/. The document appears to be a copy of WCAC's IRS Form 990 as filed for the tax year ending December 31, 2022.

21. Attached hereto as **Exhibit N** is a true and correct copy of a document I obtained from the publicly accessible nonprofit-records database maintained by CauseIQ at https://www.causeiq.com/. The document appears to be a copy of WCAC's IRS Form 990 as filed for the tax year ending December 31, 2023.

22. Attached hereto as **Exhibit O** is a true and correct copy of the "Government" page of the WCAC website, located at https://wcac.org/government, which lists the government meetings WCAC posts on its website and which I captured on December 12, 2025.

23. Attached hereto as **Exhibit P** is a true and correct copy of the document marked as Exhibit 50 during the deposition of Maria Sheehan. Ms. Sheehan identified this document during

her deposition and testified that it is the franchise agreement between the City of Waltham and Verizon dated January 17, 2019.

24. Attached hereto as **Exhibit Q** is a true and correct copy of the document marked as Exhibit 52 during the deposition of Maria Sheehan, which Ms. Sheehan identified as an email dated September 11, 2023, with an attached document entitled "WCAC Video Use Policy" that she drafted and circulated.

25. Attached hereto as **Exhibit R** is a true and correct copy of a document titled "MAC-TV CHANNEL Waltham Government Television Policies & Guidelines," which WCAC produced to counsel for Channel 781 and which Christopher Wangler used to refresh his recollection during his deposition, where it was designated as Deposition Exhibit 36.

26. Attached hereto as **Exhibit S** is a true and correct copy of the document marked as Exhibit 42 during the deposition of Christopher Wangler, which Mr. Wangler identified as an email thread dated between June 2, 2023 and June 16, 2023, in which Mr. Kastorf sent Ms. Sheehan materials regarding fair use.

27. Attached hereto as **Exhibit T** is a true and correct copy of the document titled "Set of Principles in Fair Use for Journalism," published by American University's Center for Media & Social Impact and available at *https://cmsimpact.org/wp-content/uploads/2016/01/principles_in_fair_use_for_journalism.pdf*. This document is hyperlinked in **Exhibit S**, which Ms. Sheehan identified during her deposition, and which was marked as Exhibit 42.

28. Attached hereto as **Exhibit U** is a true and correct copy of the document marked as Exhibit 32 during the deposition of Christopher Wangler, which Mr. Wangler identified as an article he wrote and published on WCAC's website.

29.     Attached hereto as **Exhibit V** is a true and correct copy of the document marked as Exhibit 33 during the deposition of Christopher Wangler, which Mr. Wangler identified as an article he wrote and published on WCAC's website.

30.     Attached hereto as **Exhibit W** is a true and correct copy of the document marked as Exhibit 34 during the deposition of Christopher Wangler, which Mr. Wangler identified as an article he wrote and published on WCAC's website.

31.     Attached hereto as **Exhibit X** is a true and correct copy of the document marked as Exhibit 41 during the deposition of Christopher Wangler, which Mr. Wangler identified as an email exchange among WCAC personnel dated April 6, 2023.

32.     Attached hereto as **Exhibit Y** is a true and correct copy of the document marked as Exhibit 43 during the deposition of Christopher Wangler, which Mr. Wangler identified as a June 16, 2023 email from Mr. Wangler to Ms. Sheehan.

33.     Attached hereto as **Exhibit Z** is a true and correct copy of the document marked as Exhibit 44 during the deposition of Christopher Wangler, which Mr. Wangler identified as an attachment to the email identified as **Exhibit Y**.

34.     Attached hereto as **Exhibit ZA** is a true and correct copy of the document marked as Exhibit 3 during the deposition of Thomas Benavides, and it is a segment of a Signal group chat among Channel 781 members.

I declare under the penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of December, 2025 in Oakland, California.

                                                 */s/ Betelhem Zewge Gedlu*
                                                 Betelhem Zewge Gedlu

_____

CERTIFICATE OF SERVICE

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated:  December 15, 2025                   */s/  Rebecca MacDowell Lecaroz*
                                                       *Rebecca MacDowell Lecaroz*