# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CHANNEL 781 NEWS,                           )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )      Civil Action No. 1:24-CV-11927-PBS
                                            )
WALTHAM COMMUNITY ACCESS                    )
CORPORATION,                                )
                                            )
          Defendant.                        )
_____)

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Waltham Community Access Corporation ("WCAC") submits this Answer and Affirmative Defenses to the complaint of the unincorporated association "Channel 781 News."

1.      Paragraph 1 consists of a general description of the nature of this action and does not allege facts that require a response. To the extent a response is required, paragraph 1 is denied.

2.      Paragraph 2 consists of a general description of the nature of this action and does not allege facts that require a response. To the extent a response is required, paragraph 2 is denied.

3.      Denied.

### PARTIES

4.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 and therefore denies them.

5.      Admitted.

## JURISDICTION AND VENUE

6.      Admitted.

7.      WCAC does not contest that the Court has personal jurisdiction over it.

8.      Admitted.

## FACTUAL ALLEGATIONS

9.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 9 and therefore denies them.

10.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 and therefore denies them.

11.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 and therefore denies them.

12.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 and therefore denies them.

13.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 and therefore denies them.

14.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 and therefore denies them.

15.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 and therefore denies them.

16.      WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 and therefore denies them.

17.      Admitted.

18.      Admitted.

19.     Admitted.

20.     Admitted.

21.     Denied.

22.     Denied.

23.     Admitted.

24.     Admitted.

25.     WCAC admits only that some of its personnel have general knowledge of copyright, and otherwise denies the allegations contained in paragraph 25.

26.     WCAC admits the allegations in paragraph 26 except for its characterization of the excerpts of the videos as "short."

27.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 and therefore denies them.

28.     Admitted.

29.     Admitted.

30.     Admitted.

31.     Denied.

32.     Denied.

33.     Admitted that Ms. Sheehan stated that WCAC might consider a policy to make it easier for members of the public to request licenses from WCAC, and otherwise denied.

34.     Admitted that WCAC did not enact a new policy; otherwise denied.

35.     Denied.

36.     Denied, in that Ms. Sheehan never received the referenced email from Mr. Kastorf.

37.     Admitted.

38.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 38 and therefore denies them.

39.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 39 and therefore denies them.

40.     Admitted.

41.     The first two sentences are admitted. WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the third and fourth sentences of paragraph 41 and therefore denies them.

42.     Admitted.

43.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 43 and therefore denies them.

44.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 44 and therefore denies them.

45.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 45 and therefore denies them.

46.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 and therefore denies them.

47.     WCAC admits that Plaintiff's counsel made demands on WCAC and otherwise denies the allegations contained in paragraph 47.

48.     WCAC admits the first sentence of paragraph 48. WCAC admits that Ms. Sheehan did not announce any new policies and otherwise denies the allegations in the second sentence of paragraph 48.

#5345972v2

49.     WCAC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 49 and therefore denies them.

## COUNT I:  17 U.S.C. § 512(f) MISREPRESENTATION

50.     WCAC incorporates by reference the foregoing responses to the allegations of the complaint as if fully set forth herein.

51.     Denied.

52.     Denied.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied.

57.     Denied.

WCAC denies that Plaintiff is entitled to any relief in this action, including but not limited to injunctive relief, damages, or attorneys' fees.

## AFFIRMATIVE DEFENSES

1.     Plaintiff has failed to allege misrepresentation with particularity pursuant to Fed. R. Civ. P. 9(b).

2.     The alleged unincorporated association "Channel 781 News" is not a real party in interest.

3.     The alleged unincorporated association "Channel 781 News" is not the "alleged infringer" for purposes of 17 U.S.C. § 512(f).

4.     The alleged unincorporated association "Channel 781 News" has no cause of action for misrepresentation under 17 U.S.C. § 512(f) because it suffered no damages.

#5345972v2

5.      WCAC is not liable because no service provider relied upon any alleged misrepresentation by WCAC in removing or disabling access to any material claimed to be infringing.

6.      Plaintiff's misrepresentation claim fails because the use of the WCAC videos on Plaintiff's YouTube channel was copyright infringement and not fair use.

**Waltham Community Access Corporation demands trial by jury on all issues so triable.**

Respectfully submitted,

WALTHAM COMMUNITY ACCESS CORPORATION,

By its attorneys,

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle (BBO # 647438)
jpyle@princelobel.com
Sarah L. Doelger (BBO # 712677)
sdoelger@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100

Dated: January 17, 2025

### Certificate of Service

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle