# Exhibit H

**List of Videos Taken Down at the Request of WCAC**

| # | Title | URL | Clip Length | Source Video Bates Number | Length of Recording | Government Meeting | Clip Percentage of Meeting |
|---|---|---|---|---|---|---|---|
| 1 | CotW 3/6/23- MBTA Communities- Durkee 'just asking questions' | https://www.youtube.com/watch?v=B0Lcp4TZW_M | 0:01:52 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.29% |
| 2 | McMenemin & Harris vs. Paz - Tenant Rights Notification Ordinance | https://www.youtube.com/watch?v=EIriDLRhzWM | 0:20:46 | WCAC0000729 | 01:33:33 | City Council (May 8, 2023) | 22.2% |
| 3 | Vidal Pressures Committees to Meet in Person (Finance Committee 6-6-2023) | https://www.youtube.com/watch?v=oyqJD-KD_JI | 0:16:24 | WCAC0000732 (Part 2) | 03:43:46 | City Council Finance Committee | 7.33%[1] |
| 4 | Bradley-MacArthur: Constituents ask me "Why can't we have nice things?" (City Council 6-20-23) | https://www.youtube.com/watch?v=sqeudsO-3qE | 0:02:18 | WCAC0000733 | 00:26:34 | City Council | 8.66% |
| 5 | Councilor LaFauci: "Fossil Fuels Aren't Going Away" | https://www.youtube.com/watch?v=u0IFYB7xpxA | 0:02:19 | WCAC0000730 | 00:38:09 | City Council Public Works and Public Safety Committee | 6.07% |

---

[1] The percentage shown is calculated using only Part 2 of the meeting recording from which the excerpted video is taken. Part 1 of the same meeting, produced by WCAC at Bates number WCAC0000731, has a runtime of 02:43:45. If the percentage were calculated using the entire meeting (Parts 1 and 2 combined), the excerpted clip would represent 4.23% of the full meeting recording.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Mayor Refuses to Break Tie: Clip from 07/27/23 School Committee meeting | https://www.youtube.com/watch?v=zhqmtwambgA | 0:01:06 | WCAC0000734 (Part 2) | 1:40:50 | School Committee meeting | 1.09%[2] |
| 7 | CotW 3/6/23- MBTA Communities- Vidal "A lot of business could sell their lots" | https://www.youtube.com/watch?v=8LX44P4zF6Y | 0:01:29 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.03% |
| 8 | CotW 3/6/23- MBTA Communities- final thoughts + committee assignment | https://www.youtube.com/watch?v=ScKWH_eU2DU | 0:02:04 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.43% |
| 9 | CotW 3/6/23- MBTA Communities- Council President Mcmenimen explores other funds to replace grants | https://www.youtube.com/watch?v=aojkacu8Hgw | 0:05:30 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 3.81% |
| 10 | CotW 3/6/23- MBTA Communities- Joey Lacava's Questions | https://www.youtube.com/watch?v=mP76dy3w3N0 | 0:02:26 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.69% |
| 11 | CotW 3/6/23- MBTA Communities- Vidal assesses supply and demand | https://www.youtube.com/watch?v=4TQtfm1-ZGY | 0:03:14 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 2.24% |
| 12 | CotW 3/6/23- MBTA Communities- Colleen Bradley MacArthur asks about ADUs | https://www.youtube.com/watch?v=7jO6DDKz7Z4 | 0:02:30 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.73% |

---

[2] The percentage shown is calculated using only Part 2 of the meeting recording from which the excerpted video is taken. Part 1 of the meeting was not produced by WCAC, but if the percentage were calculated using the entire meeting, the excerpted video would represent less than 1.09% of the full meeting recording.

| 13 | CotW 3/6/23- MBTA Communities- Harris identifies ground zero | https://www.youtube.com/watch?v=DbEQ3lT3BtM | 0:01:48 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.25% |
|---|---|---|---|---|---|---|---|
| 14 | CotW 3/6/23- MBTA Communities- Leblancs thoughts on the development of Felton Street | https://www.youtube.com/watch?v=OckEe5prETk | 0:01:59 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.37% |
| 15 | CotW 3/6/23- MBTA Communities- Plan to elevate the commuter rail from 70 years ago | https://www.youtube.com/watch?v=stnWQiaGSrw | 0:01:34 | WCAC0000728 | 02:24:20 | City Council Committee of the Whole (CotW) | 1.09% |