# Exhibit I

USB Drive containing video will be sent to the court and counsel