# Exhibit J

USB Drive containing video will be sent to the court and counsel