# Exhibit O

wcac.org/government

| HOME | ABOUT | PUBLIC/WCAC-TV | GOVERNMENT/MAC-TV | NEWS | CONTACT |

## Latest Government Meetings

### Historical Commission 12-8-25



**Historical Commission**

Waltham Historical Commission meeting from 12-8-25

### Zoning Board of Appeals 12-9-25



**Zoning Board of Appeals**

Waltham Zoning Board of Appeals meeting from 12-9-25

### City Council 12-8-25



**City Council**

Waltham City Council meeting from 12-8-25

### Conservation Commission 12-4-25

**Conservation Commission**

Waltham Conservation Commission meeting from

### Conservation Commission 12-4-25



**Conservation Commission**

Waltham Conservation Commission meeting from

---

**Waltham's Municipal Access Channel**
about 3 weeks ago

👍 3   💬 Comment   ↗ 4

**Waltham's Municipal Access Channel**
about a month ago

CITY COUNCIL LIVE TONIGHT ON MAC-TV

Coverage begins at 7:30pm from City Hall

## Government Shows

**Kelly's Heroes - Ep. 52**

**Kelly's Heroes - Ep. 51**

**Kelly's Heroes - Ep. 50**

**Senior Exercise from the Stanley Center 2020**