# Exhibit Q

Case 1:24-cv-11927-PBS    Document 53-17    Filed 12/15/25    Page 1 of 3

**From:** Maria Sheehan[maria@wcac.org]
**Sent:** Mon 9/11/2023 4:02:49 PM Eastern Daylight Time
**To:** Justin Barrett[jbkb61@verizon.net]
**Sent on behalf of:** Maria Sheehan <maria@wcac.org>
**Subject:** Policy
**Attachment:** WCAC VIDEO USE POLICY.docx

Hi Justin,

This is round one rough draft. Please take a look and let me know what I am missing or should remove.

Thanks!

Maria



WCAC0000121

## WCAC VIDEO USE POLICY

The Waltham Community Access Corporation (WCAC) is the copyright holder of all shows produced by the staff at WCAC. This includes all government meeting coverage by the Municipal Access Channel (MAC-TV). Waltham volunteers/producers own their own shows and own the copyright on their shows/footage and should be contacted directly for any use of their video.

WCAC's fair use policy apply to news gathering, please see #2 below, libraries for archiving purposes, colleges, schools, and nonprofits who work with the deaf and visually impaired who use this footage for educational purposes only. This is for classroom use only and does not apply to rebroadcast/online streaming of any kind. Requests to use our footage for educational purposes must be made in writing and must receive written permission from the WCAC Executive Director.

1. Copies
    a. Hard copies of WCAC/MAC-TV programming can be purchased for $15
    b. These copies are for individual use and can not be rebroadcasted on any broadcast/internet platform without written permission of the Waltham Community Access Corporation
    c. Any infringement of WCAC/MACTV copyrighted material could lead to legal action and immediate termination of permission to use WCAC/MAC-TV video
    d. If any of our footage is used unlawfully, it could result in sever all access to WCAC footage in the future

2. Permission to streaming/hard copy files of WCAC/MAC-TV programming for news gathering
    e. All requests for use of WCAC/MAC-TV content must be made in writing to the WCAC Executive Director. Producers requesting footage must provide their name, and phone number to the WCAC Executive Director
    f. If permission is granted, the user must caption on the video file, "Waltham Community Access Corporation"
    g. If WCAC/MAC-TV footage is reedited and/or used unlawfully, the user is entirely responsible for any possible legal action resulting from this misuse

3. For profit use of WCAC footage
    h. All requests for use of WCAC/MAC-TV footage must be made in writing to the WCAC Executive Director. Producers requesting footage must provide their name, and phone number to the WCAC Executive Director
    i. If permission is granted, you must caption on the video file, "Waltham Community Access Corporation", and WCAC must be listed on the credits of the final program
    j. If any of WCAC/MAC-TV footage/programing is re-edited to misrepresent and/or used to slander, the user is entirely responsible for any resulting legal action
    k. The commercial creator/entity will be charged a fee for the use of WCAC/MAC-TV footage