# Exhibit R



EXHIBIT 36

# MAC-TV CHANNEL
# Waltham Government Television

# Policies & Guidelines
# Mission Statement

The mission of the MAC-TV Channel is to make Local, State, and Federal government more accessible and understandable to the residents of Waltham through the production and distribution of a wide range of government programming.

### To that end MAC will:

- Telecast gavel-to-gavel coverage of as many open government meetings as is possible.

- Support, advise and provide training and/or production assistance to any City/State Department interested in developing programming for telecast on the channel.

- Provide a conduit for city departments to publicize information through the MAC-TV Channel electronic bulletin board.

- Seek to provide the highest technical quality possible in all programming.

- Outreach to city departments and agencies to encourage full use of cable access.

- Seek out programming and related opportunities that will further the mission and goals of government access.

- Seek out additional programming from state and federal government agencies that provide quality programming that meet the WCAC/MAC-TV Channel guidelines.

1

BOD Approval pending September 2023

## I. Production Quality and Uniformity

**A.** All programming produced by or for MAC-TV/Government Access must meet the quality standards set forth by the MAC-TV Coordinator, including accepted photographic composition and adequate audio levels.

**B.** Meeting telecasts should be consistent in terms of content, appearance, and viewability. whenever feasible, the speaker should be on camera. Whenever possible, a graphic indicating the meeting and date should be shown.

**C.** Series programming should be consistent in terms of content, appearance, and viewability from episode to episode.

**D.** Special programming, by nature not immediately recognizable as local governmental programming, should be identified as such with graphics at the beginning and end.

**E.** Copyright will be placed on all government programming

## II. Use of Graphics

**A.** Graphics are to be used for informational purposes only. Title screen(s) should identify the program, date (if appropriate), and the fact that it is a MAC/Waltham Government Access production. Tags should identify municipal officers/employees and other key participants, event names and dates, MAC-TV logo and meeting agenda items. Credits should identify production crew and staff who provide assistance. Promotion of other governmental programming and the channel in general are also permissible. Any other graphics not related to governmental access programming are prohibited.

**B.** The format of graphics should be consistent with the philosophy and policies of WCAC/MAC-TV. Graphics for open public municipal meetings should be those currently approved by the Government Access Coordinator. Graphics for governmental series should be used consistently throughout the series until changes are approved by the Government Access Coordinator, and the program sponsor(s).

## III. Required elements

**A.** All programming produced by WCAC/MAC-TV, whether live or taped, must be technically compatible with the playback/telecast equipment and must meet all format requirements of the channel on which governmental programming is shown. These requirements include:

1. Digital recordings

WCAC0000557

2. Sufficient audio recording level to allow for audible playback at a normal volume

   a. z

## IV. Totality and Impartiality of Meeting Telecasts

**A.** WCAC/MAC-TV produces unedited, uncensored, and unbiased coverage of open municipal meetings. Through our coverage, we provide a way for the viewer to witness a meeting as if s/he were in the meeting chamber.

**B.** Coverage, whether live or taped, is "gavel to gavel," beginning when the meeting is called to order and ending when the meeting is adjourned. This applies only to open sessions, i.e. open to the public; executive sessions are not covered because the public is excluded from attendance. An executive session conducted within, rather than after, an open session is the only reason a taping or live telecast may be interrupted.

**C.** Under no circumstances should any part of a recording or live telecast of an open meeting be altered, either as the meeting occurs or in post-production editing. In case of technical difficulties that interrupt meeting audio and/or video, the producer should try to inform the viewers through a graphic or other appropriate means, not only for informational purposes but also to dispel the appearance of censorship.

**D.** The producer should be an unbiased non-participant in the meeting s/he is covering. Anyone who might possibly participate in a meeting should not produce that session. Likewise, once a meeting production has started, the producer must not become actively involved in the meeting either by entering the meeting chamber, appearing on camera, speaking, commenting, applauding, or otherwise engaging in public participation in the business of the meeting. If the producer must enter the meeting chamber to perform an emergency repair or adjustment of equipment, it should be done as unobtrusively as possible. The only time a producer should speak is if an inquiry is made about production or telecast issues and the producer feels an immediate response is necessary.

E. Copyright for all government programing produced by MAC-TV is owned by The Waltham Community Access Corporation (WCAC)

3

## V. Outside Programming

### A. Eligibility

In accordance with WCAC/MAC-TV policy, outside programming qualifies for telecast by Waltham Government Access if it is:

1. Pertinent to the Waltham community.

2. Produced or sponsored by a municipal, county, regional, state, or federal governmental agency, department, or official acting in an official capacity.

3. Non-partisan and does not promote a particular political party.

4. Not related to a political campaign or candidate, except an incumbent acting in an official capacity

**NOTE:** Because Government Access is intended to provide information about Waltham Government, programming requests must come from those meeting eligibility requirements. All other agencies, groups, or individuals will not be eligible and will be directed to utilize other access channels, with the exception of non-profit organizations who provide non-partisan issue related programming.

5. Non-commercial and contains no commercial advertising

6. WCAC/MAC-TV retains control of program content and production

The Government Access Manager has the final say in interpreting the eligibility guidelines and reserves the right to declare an outside program ineligible for telecast by WCAC/MAC-TV. Rejected programming can be submitted to WCAC for consideration as public access programming subject to WCAC policies.

### B. Production Quality and Compatibility

All outside programming submitted for telecast by WCAC/MAC-TV must meet the quality standards set forth by the Government Access Manager, must be technically compatible with the playback/telecast equipment, and must meet all format requirements of the channel on which governmental programming is shown.

Programming must also meet the content requirements established by MAC-TV.

WCAC0000559

BOD Approval pending September 2023

5

WCAC0000560