# Exhibit S


EXHIBIT 42

From: Chris Wangler[chris@wcac.org]
Sent: Fri 6/16/2023 12:13:14 PM Eastern Daylight Time
To: Maria Sheehan[maria@wcac.org]
Cc: Justin Barrett[jbkb61@verizon.net]
Sent on behalf of: Chris Wangler <chris@wcac.org>
Subject: Re: WCAC-TV

Fair use is not the reason given in the Waltham Data Youtube mission statement but rather: "We do not own the rights to the WCAC content but we believe this is necessary because WCAC is not meeting their legal obligation to provide captions."

Maybe see what Youtube does when you execute the copyright violation claims. He can take it up with Youtube

On Fri, Jun 16, 2023 at 12:05 PM Maria Sheehan <maria@wcac.org> wrote:

> ---------- Forwarded message ---------
> From: **Josh Kastorf** <josh.kastorf@gmail.com>
> Date: Thu, Jun 15, 2023 at 7:29 PM
> Subject: Re: WCAC-TV
> To: Maria Sheehan <maria@wcac.org>
>
>
> Hi Maria,
>
> Thanks for the response. As we discussed after we met I did additional research to clarify our understanding of copyright law and fair use. I hope the following information will be helpful:
>
> 17 U.S. Code § 107 - Limitations on exclusive rights: Fair use:
>
> "Notwithstanding the provisions of sections 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright."
> https://www.law.cornell.edu/uscode/text/17/107
>
> Copyright Alliance website:
> "Quoting, paraphrasing, or attributing information to outside sources are some of the most important and often necessary tools in journalism for journalists to remain unbiased and truthful or to help a journalist illustrate an important point. Often journalists rely on or may need to incorporate copyrighted materials such as videos, audio clips, or portions of a text, to report the news accurately, fairly, and completely. However, if journalists were required to always obtain permission from the copyright owner to use copyrighted material in every instance, news media and similar organizations may become burdened and limited in their ability to report the news. ... Fair use permits a party to use copyrighted works without permission of the copyright owner and without compensating the copyright owner for the use. The fair use exception, which is in section 107 of the Copyright Act, provides some examples of uses that may qualify for the fair use exception, including criticism, comment, news reporting, teaching, scholarship, or research."
> https://copyrightalliance.org/copyright-journalism-news-reporting/
>
> "Set of principles regarding fair use for Journalism," American University College of Law Center for Social Media:
> "In reviewing the history of contemporary fair use litigation, we find that judges return again and again to two key questions:
> • Did the unlicensed use "transform" the copyrighted material by using it for a different purpose than that of the original, or did it just repeat the work for the same intent and value as the original?
> • Was the material taken reasonably appropriate in kind and amount, considering the nature of the copyrighted work and of the use?
> If the answers to these two questions are 'yes,' a court is likely to find a use fair. Because that is true, such uses often are not challenged in the first place."
> https://www.wcl.american.edu/index.cfm?LinkServID=48909486-C7BE-0D76-146B0CECC8F293E5
>
> - Josh
>
> On Thu, Jun 15, 2023 at 7:09 PM Maria Sheehan <maria@wcac.org> wrote:
>
>> Hi Josh,
>>
>> I enjoyed our conversation and listening to your concerns.
>>
>> 1. People are confused as to why our footage is on your program.
>> 2. Your use of our footage is a violation of copyright laws.
>> 3. You need to get our permission to use any of our footage. I will discuss new policies with the WCAC board of Directors. The Board will need to approve them.
>> 4. Cable subscribers have not requested closed captioning.
>> 5. We don't broadcast over the air. We have closed content. We do not fall under the same laws as broadcast stations do.
>> 6. Our contracts with the cable companies state that we will run our programming on cable. That is our only requirement. We are not required to stream content or place it on any other platform.
>>
>> Thanks for reaching out. I respect your passion to engage the community!

WCAC0000123

Maria Sheehan
Executive Director
WCAC-TV
781.899.8834

On Thu, Jun 15, 2023 at 6:09 PM Josh Kastorf <josh.kastorf@gmail.com> wrote:

Hi Maria,

It was good to meet you today. Thank you for the tour and taking the time to talk.

I'd like to discuss our conversation with the Channel 781 team and with friends who are concerned about captioning. So I just wanted to make notes on some of the things we discussed and make sure I have understood them correctly, so I don't misrepresent anything.

On the issue of using clips:
- People in the community have asked why you allow us (and others) to use your content.
- You do not believe our use of clips of your content in our news show qualifies as fair use under copyright law.
- Our use would be more acceptable if we only used clips to report facts, but not to express an opinion or push an agenda.

On the issue captions:
- You don't provide captions because people with disabilities have not been asking for it, because it would be prohibitively expensive, and because you are not legally required to do so.
- Federal law does not require you to provide captions on your television content because you are a public access cable station, not a broadcast station.
- You are concerned that there would be legal issues if you were to cross-post online content to Youtube as a way to get it auto-captioned.

Is this an accurate summary? Thanks again for your help.

- Josh


On Thu, Jun 15, 2023 at 12:23 PM Maria Sheehan <maria@wcac.org> wrote:

2 is perfect. See you then!

> On Jun 15, 2023, at 12:22 PM, Josh Kastorf <josh.kastorf@gmail.com> wrote:
>
> I was thinking 2 if that works. But I could come tomorrow instead if that is easier.
>
> On Thu, Jun 15, 2023 at 9:49 AM Maria Sheehan <maria@wcac.org> wrote:
>
> Hi Josh,
> What time do you think you might stop by?
>
> I lost a crown and need to leave by 4pm to get to the dentist.
>
> Thanks,
>
> Maria
>
>> On Jun 14, 2023, at 12:42 PM, Josh Kastorf <josh.kastorf@gmail.com> wrote:
>>
>> Hi Maria,
>>
>> Thanks for getting back to me and thanks for the offer of a tour. Sorry I did not get back to you sooner but I am available any time tomorrow or Friday, if either of those still works for you. Next week I will be out of town but I could still do a meeting on phone or Zoom.
>>
>> - Josh

WCAC0000124

On Fri, Jun 2, 2023 at 12:53 PM Maria Sheehan <maria@wcac.org> wrote:

Hi Josh,

Sorry for the late reply.

I would love for you to come into the station, take a tour and discuss WCAC's policies.

What is your schedule like the week of June 12th?

Thank you,

Maria Sheehan
Executive Director
WCAC-TV
400 Main St.
Waltham, MA 02452
781.899.8834

--
Sent from Gmail Mobile

--
Sent from Gmail Mobile

--
Chris Wangler
Waltham Newswatch WCAC-TV
c. 781-588-0149  FB  Twitter  Website