# Exhibit U

 

🔍  MAC-TV ▶   WCAC-TV ▶



EXHIBIT
32

## Star-Studded Support



by Chris Wangler

May 18, 2022

Governor Charlie Baker was one of several local celebrities at a gala last week for Middlesex Human Service Agency (MHSA), a Waltham-based non-profit that offers shelter and services to those experiencing homelessness.



Baker received MHSA's G. Peter Donovan Human Service Award during a ceremony at The Hub in Boston on May 12 for his longstanding commitment to helping the unhoused.

MHSA operates shelters and food pantries in Waltham and elsewhere, as well as offering services to address addiction and poverty.

Navigate to...



Left to right: MHSA Board President Justin Barrett, Janice Donovan and MHSA CEO Bob Mills.

The master of ceremonies was Boston 25 News anchor Vanessa Welch and the auctioneer was former Boston mayoral candidate Annissa Essaibi George.



The event's platinum sponsor and host was Boston Properties, a key MHSA supporter.

## Signal Issues?

If you are having trouble with your cable TV signal, please contact your cable TV provider immediately:

Comcast: (800) 934-6489

Verizon: (800) 837-4966

RCN: (800) 746-4726

## Newswatch on Twitter

Waltham Newswatch

## Newswatch Episodes

**Waltham Newswatch 6-18-25**

Thursday, 19 June 2025

**Waltham Newswatch 6-5-25**

Thursday, 05 June 2025

**Waltham Newswatch 5-22-25**

Thursday, 22 May 2025

**Waltham Newswatch 5-8-25**

Thursday, 08 May 2025

**Waltham Newswatch 4-24-25**

Thursday, 24 April 2025


