# Exhibit X

Message

**From:** Justin Barrett [jbkb61@verizon.net]
**Sent:** 4/6/2023 9:37:06 AM
**To:** Maria Sheehan [maria@wcac.org]
**CC:** Chris Wangler [chris@wcac.org]
**Subject:** Re: Copyright Statement

EXHIBIT 41

Great!!!

Sent from the all new AOL app for iOS

On Thursday, April 6, 2023, 9:17 AM, Maria Sheehan <maria@wcac.org> wrote:

I'm having Chris add that we are a non-profit and receive no tax-payer monies. I know Chris Gamble thinks he can use our footage because he thinks its tax-payer funded.

On Apr 6, 2023, at 7:58 AM, Justin Barrett <jbkb61@verizon.net> wrote:

Chris,

I think that is excellent. Thanks.

Sent from the all new AOL app for iOS

On Thursday, April 6, 2023, 7:52 AM, Chris Wangler <chris@wcac.org> wrote:

Hi Maria, Justin

To be aired during Thursday newscast and read by Maria

HELLO, I'M MARIA SHEEHAN, EXECUTIVE DIRECTOR OF THE WALTHAM CHANNEL.

OVER RECENT YEARS PHOTOS FROM OUR NEWS DEPARTMENT AND VIDEO FROM THE MAC CHANNEL HAVE BEEN REPRODUCED WITHOUT OUR PERMISSION.

WE KNOW THIS IS A REALITY OF THE WORLD WE LIVE IN, BUT WE PUT COPYRIGHT DISCLAIMERS ON OUR MEDIA FOR A REASON.

SOME HAVE USED OUR CONTENT TO SCORE POLITICAL POINTS UNDER THE VEIL OF ANONYMITY. OTHERS HAVE USED IT TO ENCOURAGE RESIDENTS TO HATE.

THESE PRACTICES CAN DAMAGE REPUTATIONS AND SPREAD MISINFORMATION, AND WE DON'T WANT TO BE PART OF THAT.

SO, AS WE HEAD INTO A CONTENTIOUS ELECTION SEASON, I'M ASKING THE PUBLIC TO RESPECT THE PEOPLE WHO WORK HARD TO CREATE OUR ORIGINAL CONTENT.

IN THE INTERESTS OF TRANSPARENCY, WE WILL ENTERTAIN REQUESTS TO REUSE OUR CONTENT FOR FREE, BUT MISUSE IS NOT ONLY WRONG, IT'S ILLEGAL.

MOVING FORWARD, THE WALTHAM CHANNEL WILL TAKE WHATEVER LEGAL STEPS NECESSARY TO PROTECT OUR CONTENT.

THANK YOU FOR YOUR TIME.

--
Chris Wangler
Waltham Newswatch WCAC-TV
c. 781-588-0149  FB  Twitter  Website

WCAC0000434