# Exhibit Y

Message




**From:** Chris Wangler [chris@wcac.org]
**Sent:** 6/16/2023 12:21:03 PM
**To:** Maria Sheehan [maria@wcac.org]
**Subject:** Youtube Fair Use
**Attachments:** Screen Shot 2023-06-16 at 12.17.10 PM.png

Youtube does NOT determine fair use, only a judge would. But Youtube can strike or remove videos that directly copy copywritten material. That is what this is about.

It's possible 781 News Zoom videos using short clips qualify as Fair Use.

What does not qualify are the large number of videos taken directly from us and reproduced verbatim with zero editing or commentary. Those will be the ones we should file copyright claims against because they "merely copy", a lot of it is used without permission, and the main focus in the copywritten material

--
Chris Wangler
Waltham Newswatch WCAC-TV
c. 781-588-0149 FB Twitter Website