# Exhibit Z

## You're less likely to qualify for fair use if:

Your video merely copies.

You're trying to monetize.

You're using fictional copyrighted material.

You borrowed a large amount of material.

The main focus is the copyrighted material.

Your use harms the copyright owner's ability to profit.

WCAC0000423