# Exhibit ZA



CONFIDENTIAL



**Kara:** @Josh K was that one we shot and uploaded or was it a screen grab?
Sep 04, 2023 15:24:54

**Josh K:** It was a screen grab, and it was just a clip with no commentary.
Sep 04, 2023 15:29:00

**Tom Benavides:** So we run the risk of losing the channel if we get 3 copyright strikes
Sep 04, 2023 15:29:03

**Josh K:** So it's not a huge loss but if we get enough "strikes" the channel can get suspended.
Sep 04, 2023 15:29:15

**Tom Benavides:** And I feel like every "screen grab with no commentary" is a pretty big liability
Sep 04, 2023 15:29:23

**Kara:** we can always take down the screen grabs. they cant force us to take down the meetings they cant bother to record (Which is plenty)
Sep 04, 2023 15:30:00

**Kara:** fucking bastards with nothing better to do
Sep 04, 2023 15:30:26

**Tom Benavides:** Yeah. We run no risk for our own personal uploads. And it's prolly free use if we insert their clips into our reports. But if we're uploading their video recordings (which legally belong to them) without commentary, every one of those is a pretty big risk. At least that's what I assume. Does anyone plan on taking Copyright School?
Sep 04, 2023 15:31:35

**Josh K:** When we are uploading clips we are re-contextualizing them and I believe it constitutes fair use under the copyright act.
Sep 04, 2023 15:33:09

**Josh K:** Clearly they have value to the public conversation and that's why they're going after them.
Sep 04, 2023 15:34:41

CONFIDENTIAL

**Josh K**
Taking down the clips-only clips might reduce the chance they will file more complaints but it might not. Clearly they serve a purpose in terms of informing the public debate, that's why they are going after us.
Sep 04, 2023 15:37:03

**Josh K**
I appealed the take-down, I'm thinking let's see what happens. If we get a another complaint against a just-clip maybe we should take down the just-clips. But if my appeal works maybe they will stop with the complaints.
Sep 04, 2023 15:49:32
👍 2

Sep 05, 2023

**Kara**
**Eversource addresses Waltham power surges that set homes aflame, while officials call for formal investigation - Boston News, Weather, Sports | WHDH 7News**
WALTHAM, MASS. (WHDH) - Hundreds of homes were damaged in Waltham after Eversource said a rodent infestation caused two power surges and damage to its Read More

https://whdh.com/news/eversource-addresses-waltham-power-surges-that-set-homes-aflame-while-officials-call-for-formal-investigation/
Sep 05, 2023 17:26:24

**Kara**
There was a press conference in Waltham today about how the state is refusing to investigate Eversource for their negligence.
Sep 05, 2023 17:27:12
👍

**Josh K**
Kudos to whoever set this up, it was a good way to get them in the news.
Sep 05, 2023 20:45:42

**Josh K**
Do we know anyone who knows about electricity grids? Eversource blaming the surges on rodents sounds like bs to me-- shouldn't they have failsafes that account for that kind of thing? Also, the most recent thing Waltham was in the news for was rats, so it seems like a very convenient way to deflect blame back on the city.
Sep 05, 2023 22:17:24

CONFIDENTIAL
C781_00000731