# EXHIBIT A



### Video Consent and Release

Effective as of the date shown below, approval for the past use and permission for the present and future use is being granted to Story Syndicate/ Fulton Landing Productions LLC, 55 Washington Street, Suite 656, Brooklyn, NY 11201 to use video provided by the Waltham Community Access Corporation (WCAC), 400 Main Street, Waltham, MA 02452.

Story Syndicate/Fulton Landing Productions LLC agrees to pay the Waltham Community Access Corporation $80 per second for WCAC video/audio used in its documentary about the triple killing in Waltham, MA in September 2011. Working title of the project "untitled Waltham"

The Waltham Community Access Corporation will be allowed to review the use of its footage in the project before it licenses it to Story Syndicate/Fulton Landing. Once approved for licensing by the WCAC Board of Directors or designee, video provided by the WCAC may be copyrighted, used and/or published individually or in conjunction with other photography, video, voice recordings and in any medium/ media/streaming (platform pending,) world wide, in perpetuity.

The Waltham Community Access Corporation is exempt from any and all claims of libel, slander, invasion of privacy, infringement of copyright or right of publicity or any other claim related to the images and/or voice in the project.

The undersigned warrants that the undersigned had read this consent and release prior to the signing of this document, that the undersigned understands it, and that the undersigned freely enters into this consent.

_____          _____
WCAC Designee                                      Story Syndicate Designee

_Executive Director_                                _____
Title                                                         Title

_March 10, 2022_                                    _____
Date                                                        Date

Waltham Community Access Corporation

**Waltham Community Access Corporation**
400 Main Street - Waltham, MA 02453
Phone 781.899.8834

# INVOICE

INVOICE #231
DATE: 6/9/2022

**TO:**
Attn: Nick Soviecke
Parts & Sum Productions LLC
55 Washington Street, Suite 656
Brookline, NY 11201

**FOR:**
WCAC B-Roll

| DESCRIPTION | SECONDS | RATE | AMOUNT |
|---|---|---|---|
| WCAC B-roll footage for documentary | 161 | $80-per | $12, 880 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $12,880 |

Make all checks payable to Waltham Community Access Corp.

**THANK YOU FOR YOUR BUSINESS!**

WCAC0000769

**Waltham Community Access Corporation**
400 Main Street - Waltham, MA 02453
Phone 781.899.8834

# INVOICE

INVOICE #232
DATE: 6/15/2022

**TO:**
Attn: Nick Soviecke
Parts & Sum Productions LLC
55 Washington Street, Suite 656
Brookline, NY 11201

**FOR:**
WCAC B-Roll

| DESCRIPTION | SECONDS | RATE | AMOUNT |
|---|---|---|---|
| WCAC B-roll footage for documentary | 6 | $80-per | $486.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $486.00 |

Make all checks payable to Waltham Community Access Corp.

**THANK YOU FOR YOUR BUSINESS!**

WCAC0000770

| WCAC Filename | Type |
| --- | --- |
| 12 Harding Ave Triple Homicide Update September 2011 Copyright WCAC TV NTSC Sent by Chris Wangler 12/20/21 | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| | Video Only |
| 12 Harding Ave Leone Location Presser Sept 2011 Copyright WCAC Sent by Chris Wangler 12/20/21 | Audio Only |
| | Audio Only |
| | Audio Only |
| | Audio Only |
| | Audio & Video |
| | Video Only |

WCAC0000771

DA Gerry Leone Ward 5 Community Meeting Nov 1 Video & Audio

WCAC0000772

| Shot Description | Source In | Source Out | Duration(S) | Episode |
|---|---|---|---|---|
| News truck parked aside Police Car | 2:02 | 2:04 | 2 | EP01 |
| Police Car parked on street, cars drive by | 1:31 | 1:33 | 2 | EP01 |
| Detective w/ gloves wipes body walking out of house | 1:36 | 1:41 | 5 | EP01 |
| Man rubs hair looks over shoulder on street | 1:27 | 1:30 | 3 | EP01 |
| Detective stands outside house, puts on gloves | 0:38 | 0:42 | 4 | EP01 |
| Detectives stand outside house | 0:08 | 0:10 | 2 | EP02 |
| Detective stands on porch | 0:37 | 0:39 | 2 | EP02 |
| Detective stands on porch | 0:38 | 0:41 | 3 | EP02 |
| CU on Evidence Bag | 0:43 | 0:46 | 3 | EP02 |
| Detectives stand outside house | 0:08 | 0:10 | 2 | EP02 |
| Detectives walk alongside parked police car | 0:00 | 0:02 | 2 | EP02 |
| | | | | |
| Gerald Leone [VO]: They went to the second floor. And sorry very graphic crime scene. There were three dead bodies in the apartment. | 0:06 | 0:12 | 8 | EP01 |
| Gerald Leone [VO]:It's a fluid on going investigation. | 0:14 | 0:17 | 3 | EP01 |
| Gerald Leone [VO]: We know there were at least two people in that apartment that were there earlier. | 0:55 | 1:00 | 5 | EP01 |
| VO: Should people be concerned if you say there are assailants still out there? | 1:39 | 1:42 | 3 | EP01 |
| Gerald Leone [VO]: Based upon everything we know, [ON SCREEN] it does not appear to be a random act. And based upon everything we know at this time, it appears the assailant or assailants knew each other. | 1:46 | 2:02 | 16 | EP01 |
| Police car nighttime | 2:02 | 2:05 | 3 | EP01 |

WCAC0000773

| | | Appears in | |
|---|---|---|---|
| Gerald Leone at community meeting<br>Gerald Leone [VO]: As far as the drug problems in the city<br>Gerald Leone [ON SCREEN]: very simply put, if we know people who are using drugs, they get the drugs from somewhere. And the way we do business, whether it's the Crime Task Force and the Drug Task Force that the Chief referred to, we move up that chain. It's a cash and carry business.<br>Gerald Leone [ON CAMERA]: This is a community issue. Killings in your neighborhood. Drugs on your streets. These are really important issues. With me is John Verner. He is prosecuting the case that the three men were killed on September 12th. John and I went to that crime scene. We went there with state police attached to our office and we started working with the Waltham and police department right away. It's been a little over a month. We're still working, just as hard.<br>Resident [VO] : I think some of us have wondered [ON CAMERA] what has happened with this case? And we haven't heard anything.<br>Gerald Leone [VO]: When we do make an arrest or a significant development in the case, we'll be happy to tell the public about that. It's one of those [ON CAMERA] cases that wasn't unfortunately solved in the first 72 hours. All cases are different, but they don't go cold in Middlesex.<br>Resident [VO]: Can you rate police departments as one, two or three or...<br>Gerald Leone [ON CAMERA]: Well, I start with Waltham and number one. | Appears in sequence: 00:14:37:06 | Appears in sequence: 00:16:10:11 | 93 | EP01 |
| | | **TOTAL SEC:** | **161** | |

WCAC0000774