# EXHIBIT B

# Ticket T72-108125917

Conversation with **nicolejones@google.com** · Fwd: EFF questions regarding a DMCA takedown

---

**nicolejones@google.com**                                              Nov 8, 2023, 9:39 AM
To: consult-yt-copyright@google.com
Subject: Fwd: EFF questions regarding a DMCA takedown

---

## Privileged and Confidential - Attorney-Client Communication

---------- Forwarded message ---------
From: **Mitch Stoltz** <mitch@eff.org>
Date: Tue, Nov 7, 2023, 11:11 AM
Subject: EFF questions regarding a DMCA takedown
To: nicolejones@google.com <nicolejones@google.com>


Dear Nicole,


   I'm the IP Litigation Director at EFF, and I'm writing to ask about DMCA notices on YouTube that led to the suspension of our client's channel, "Waltham DATA." The videos in question were short excerpts from city government meetings taken from the local community access cable station. Our DMCA counternotice (attached) explained why the use of these video clips was a straightforward fair use, but our counternotice was rejected almost immediately and without a clear explanation. I've attached the notice and response here. EFF is going to write about this incident on our blog and social media, but before we do, I'm hoping you can take another look or forward this to the right person and let us know if YouTube can restore our client's channel.


   Best,

   Mitch Stoltz


–


Mitch Stoltz

IP Litigation Director

Director of Competition Policy

Electronic Frontier Foundation

Join EFF! https://www.eff.org/join

---

**Internal_FirstWorkflow**                                       Nov 8, 2023, 9:39 AM
To: nicolejones@google.com
Subject: Fwd: EFF questions regarding a DMCA takedown

---

Hello,

# Privileged and Confidential - Attorney-Client Communication

Kind regards,

The YouTube Copyright Ops Team

On Nov 8, 2023 nicolejones@google.com wrote:

## Privileged and Confidential - Attorney-Client Communication

---------- Forwarded message ---------
From: **Mitch Stoltz** <mitch@eff.org>
Date: Tue, Nov 7, 2023, 11:11 AM
Subject: EFF questions regarding a DMCA takedown
To: nicolejones@google.com <nicolejones@google.com>

Dear Nicole,

  I'm the IP Litigation Director at EFF, and I'm writing to ask about DMCA notices on YouTube that led to the suspension of our client's channel,

"Waltham DATA." The videos in question were short excerpts from city government meetings taken from the local community access cable station. Our DMCA counternotice (attached) explained why the use of these video clips was a straightforward fair use, but our counternotice was rejected almost immediately and without a clear explanation. I've attached the notice and response here. EFF is going to write about this incident on our blog and social media, but before we do, I'm hoping you can take another look or forward this to the right person and let us know if YouTube can restore our client's channel.

Best,

Mitch Stoltz

—

Mitch Stoltz

IP Litigation Director

Director of Competition Policy

Electronic Frontier Foundation

Join EFF! https://www.eff.org/join

---

**shinyie@google.com**                               Nov 10, 2023, 10:27 AM
To: nicolejones@google.com
Subject: Fwd: EFF questions regarding a DMCA takedown

---

Hi Nicole,

Privileged and Confidential - Attorney-Client Communication

**Privileged and Confidential - Attorney-Client Communication**

Privileged and Confidential - Attorney-Client Communication

Best,
Emily

On November 8, 2023 nicolejones@google.com wrote:

**Privileged and Confidential - Attorney-Client Communication**

---------- Forwarded message ---------
From: **Mitch Stoltz** <mitch@eff.org>
Date: Tue, Nov 7, 2023, 11:11 AM
Subject: EFF questions regarding a DMCA takedown
To: nicolejones@google.com <nicolejones@google.com>

Dear Nicole,

I'm the IP Litigation Director at EFF, and I'm writing to ask about DMCA notices on YouTube that led to the suspension of our client's channel, "Waltham DATA." The videos in question were short excerpts from city government meetings taken from the local community access cable station. Our DMCA counternotice (attached) explained why the use of these video clips was a straightforward fair use, but our counternotice was rejected almost immediately and without a clear explanation. I've attached the notice and response here. EFF is going to write about this incident on our blog and social media, but before we do, I'm hoping you can take another look or forward this to the right person and let us know if YouTube can restore our client's channel.

Best,

Mitch Stoltz

> \_
>
> Mitch Stoltz
>
> IP Litigation Director
>
> Director of Competition Policy
>
> Electronic Frontier Foundation
>
> Join EFF! https://www.eff.org/join

CONFIDENTIAL                                                                                         GOOGLE-000093