UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHANNEL 781 NEWS,<br><br>Plaintiff,<br>v.<br><br>WALTHAM COMMUNITY ACCESS CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 24-11927-PBS |

# JUDGMENT

SARIS, D. J.

In accordance with the Court's Memorandum and Order dated August 18, 2026 (Docket No. 62), granting defendant's motion for summary judgment, it is hereby ORDERED that judgment is entered in favor of defendant.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: August 18, 2026