**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MASSACHUSETTS**

Channel 781 News,

Plaintiff,

v.

Waltham Community Access Corporation

Defendant.

Case No.: 1:24-cv-11927-PBS

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Channel 781 News, hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Order Entering Final Judgment, entered in Case No. 1:24-cv-11927-PBS at ECF No. 63 and dated August 18, 2026.

Dated: September 16, 2026

Respectfully submitted,

*/s/ Rebecca MacDowell Lecaroz*

Rebecca MacDowell Lecaroz
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
rlecaroz@brownrudnick.com

Mitchell L. Stoltz (*admitted pro hac vice*)

Betelhem Z. Gedlu (*admitted pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff Channel 781 News*

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

Dated: September 16, 2026

*/s/ Rebecca MacDowell Lecaroz*
Rebecca MacDowell Lecaroz